# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Carl Lorinzo Capers,

    Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                      3:11cv48

FNU Clark , et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 8, 2011 Order.

                                                  Signed: February 8, 2011

                                                  Frank G. Johns, Clerk
                                                  United States District Court